UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

M.P. et al.,

         Plaintiffs,

   -against-            21 Civ. 7439 (LGS)

NEW YORK CITY DEPARTMENT OF      ORDER
EDUCATION,

         Defendant.
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, an initial conference is scheduled for November 4, 2021 at 11:00 a.m.

  WHEREAS, the Order, dated September 15, 2021 (Dkt. No. 5), required the parties to file a joint letter and proposed case management plan at least one week before the conference.

  WHEREAS, the parties failed to file the joint letter and proposed case management plan. It is hereby

  **ORDERED** that the parties shall file the joint letter and proposed case management plan by **November 2, 2021**. If the parties believe the conference should be adjourned or cancelled, they shall file a joint letter requesting adjournment or cancellation by **November 2, 2021**.

Dated: November 1, 2021
New York, New York

                  _____
                     LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE