

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel*<br><br>**ALEXANDRA YACYSHYN**<br>Phone: (212) 356-3586<br>ayacyshy@law.nyc.gov | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | The application is GRANTED.  The initial pretrial conference scheduled for November 18, 2021, at 11:00 a.m. is ADJOURNED to **December 2, 2021** at **11:00 a.m.**  The Clerk of Court is respectfully directed to close the motion at Docket No. 17.<br><br>Dated: November 8, 2021<br>    New York, New York |

November 5, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

    Re:   M.P. and A.P., individually and on behalf of A.P. v. New York City Department of Education, 21-CV-07439 (LGS) (SLC)

Dear Judge Schofield:

    I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant New York City Department of Education in the above-referenced matter, in which Plaintiff seeks tuition funding for the Student A.P.'s private school placement for 2019-2020 and 2020-2021 school years. I write respectfully to request Your Honor to change the time for the initial pre-trial conference currently scheduled for November 18, 2021.

    Presently, the initial pre-trial conference is scheduled for 11:00am on November 18, 2021. However, I have oral argument on another matter scheduled for 11:30am that same day. I apologize for the inconvenience, but respectfully request the conference be held sometime in the early afternoon on that date, or be moved to another date that is convenient for the Court.

    I have spoken with Marc Gottlieb, Esq., Plaintiffs' Counsel, and he consents to holding the conference in the early afternoon, preferably between the hours of 1:00pm and 3:00pm. Should Your Honor be unavailable at the proposed times in the afternoon on November 18th, the Parties are available on November 16th, November 19th, and November 22nd as well.

Thank you for your consideration of this matter.

        Respectfully,

        s/
        Alexandra L. Yacyshyn
        Assistant Corporation Counsel

cc: Marc A. Gottlieb (via ECF)
     Qian L. Wang (via ECF)
     Gottlieb & Wang LLP
     *Attorneys for Plaintiff*