UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.P. and A.P., individually and on behalf of A.P., a minor child with a disability,

                   *Plaintiffs*,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                   *Defendant*.

------------------------------------------------------------------------ x

**MOTION OF ALEXANDRA YACYSHYN TO WITHDRAW AS ATTORNEY FOR DEFENDANT**

21 CV 07439 (LGS) (SLC)

      In accordance with the Southern District of New York's Local Civil Rule 1.4, Assistant Corporation Counsel Alexandra Yacyshyn respectfully requests that this Court withdraw her appearance for Defendant in this matter because she is leaving the Law Department effective March 25, 2022. Ms. Yacyshyn is not asserting a retaining or charging lien. The Office of the Corporation Counsel will continue to serve as counsel of record to Defendant and will assign another Assistant Corporation Counsel to the case. A proposed order is attached.

                   Respectfully submitted,

Dated:    New York, New York
           March 23, 2022

                          HON. SYLVIA O. HINDS-RADIX
                          Corporation Counsel of the City of New York
                          Attorney for Defendant
                          100 Church Street, Room 2-301
                          New York, NY 10007
                          Office: (212) 356-3586
                          ayacyshy@law.nyc.gov
                   By:   ___s/_____
                          Alexandra L. Yacyshyn
                          Assistant Corporation Counsel

-2-

Cc:    Marc A. Gottlieb, Esq.
        Qian J. Wang, Esq.
        Gottlieb & Wang LLP
        *Attorneys for Plaintiffs*
        (via ECF)