UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.P. et al.,

                      Plaintiffs,

        -against-                          21 Civ. 7439 (LGS)

                                              ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 23, 2022, Defendant's counsel filed a motion to withdraw her appearance in this action.

       WHEREAS, on March 25, 2022, the motion to withdraw was denied without prejudice to renewal once another attorney from the Office of the Corporation Counsel had appeared.

       WHEREAS, no attorney from the Office of the Corporation Counsel has filed an appearance.  It is hereby

       **ORDERED** that by **April 25, 2022**, an attorney from the Office of the Corporation Counsel shall file an appearance on behalf of Defendant in this action.

Dated: April 18, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**