UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
M.P., et al.,

                       Plaintiffs,                      21 **CIVIL** 7439 (LGS)

          -against-                             **JUDGMENT**

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 08, 2022, Defendant's motion for summary judgment is denied, and Plaintiffs' motion summary judgment is granted in part. Plaintiffs are entitled to partial tuition as set forth in the IHO's decision.; accordingly, the case is closed.

**Dated:**  New York, New York
           September 09, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                    **BY:**

                                                                    **Deputy Clerk**