UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.P., et al.,

                            Plaintiffs,

          -against-                        21 Civ. 7439 (LGS)

THE NEW YORK CITY DEPARTMENT OF EDUCATION,         ORDER

                          Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 26, 2024, the Court of Appeals vacated this Court's partial grant of Plaintiffs' motion for summary judgment at Dkt. 49 and remanded the case for further proceedings. It is hereby

      **ORDERED** that, by **March 22, 2024**, the parties shall file a joint letter proposing next steps in this case.

Dated: March 18, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE